UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:08-CR-0348-03 |
| v. | : | |
| TIMOTHY KNAUB, | : | (Judge Conner) |
| Defendant | : | |

### **ORDER**

      The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and the consequences of his plea and that he voluntarily waives his right to trial.  The court finds that the plea has a basis in fact.  The court accepts the plea of Guilty to Count III of the Indictment.  **IT IS ORDERED** that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report and that the case shall be listed for sentencing upon the court's receipt of the presentence report.

                                           S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge

Dated: December 5, 2008